AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-6347-HUNT |
| SHASHANA SHATOYA CHANCE, | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 6, 2016,_____ in the county of _____Miami-Dade_____ in the

__Southern__ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1015(e) | The defendant, an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of herself a State benefit, in that the defendant presented a birth certificate from the State of Virginia in the name of "V.A.J.," as proof of her identity and citizenship, to induce and secure the issuance of a State of Florida driver's license. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Jansen, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____07/22/2019_____

_____
*Judge's signature*

City and state: _____Fort Lauderdale, Florida_____

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, David Jansen, being duly sworn, hereby depose and state as follows;

1.      I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed for over twelve years. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, customs law violations, narcotics law violations and other federal criminal offenses. I have been the lead investigator in numerous investigations involving identity theft, fraudulent documents and immigration violations.

2.      The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement and law enforcement support personnel.  Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

3.      In early 2013, your Affiant began conducting investigations involving illegal aliens from Jamaica who obtained Florida driver's licenses using fraudulent documents.  In or around December of 2018, SHASHANA SHATOYA CHANCE (CHANCE), came to your Affiant's attention.

4.      The investigation revealed that CHANCE was born in Jamaica in 1984 and is a citizen of Jamaican. In November 1999, CHANCE applied for a visitor's visa at the United States Embassy in Kingston, Jamaica and her application was denied.  A check of Homeland Security immigration records revealed there is no record that CHANCE entered the United States legally.

5.      On August 4, 2004, CHANCE was arrested in Massachusetts for a drug offense and listed her address as Kingston, Jamaica.  Her fingerprints were submitted to the Federal Bureau of investigation (FBI) and assigned FBI number xxxxFC3 under the name SHASHANA S. CHANCE with a date of birth in 1984.

6.      On December 6, 2016, CHANCE, using the name "V.A.J.," and a date of birth in 1991, applied for a driver's license at the Florida Department of Highway Safety and Motor Vehicles (DHSMV) office in Miami, Miami-Dade County, Southern District of Florida. CHANCE submitted a birth certificate from the State of Virginia as proof of United States citizenship.  CHANCE was issued Florida driver's license number Jxxxxxxxx8050 in the name of "V.A.J.," with a date of birth in 1991.

7.      Driver's license number Jxxxxxxxx8050 was issued by a corrupt DHSMV examiner in Miami who is suspected to have issued over fifty Florida driver's licenses by fraud before he was terminated by the DHSMV in December of 2017.

8.      On February 22, 2018, CHANCE was arrested in New York for a drug offense under the name "V.A.J." with a date of birth in 1991.  At that time her fingerprints were submitted to the FBI and found to be a match to FBI # xxxxFC3 under the name SHASHANA S. CHANCE with a date of birth in 1984.

9.      On February 9, 2019, another individual purporting to be "V.A.J." with a date of birth in 1991, renewed Virgina driver's license number Axxxx1160 and listed an address in Portsmouth, Virginia. The photograph of the subject on the Virginia driver's license does not match the photograph on Florida driver's license number Jxxxxxxxx8050 which was issued to CHANCE.

10.     WHEREFORE, based on the foregoing, your Affiant submits that there is probable cause to believe that on or about December 6, 2016, SHASHANA SHATOYA CHANCE, an alien, did knowingly make a false statement and claim that she was a citizen of the United States, with the intent to obtain on behalf of herself a State benefit, in that the defendant presented a birth certificate from the State of Virginia in the name of "V.A.J.," as proof of her identity and citizenship, to induce and secure the issuance of a State of Florida driver's license, in violation of Title 18, United States Code, Section 1015(e).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DAVID JANSEN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this
22nd day of July, 2019

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

3